UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER MALDONADO, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 24-cv-02827 |
| v. ) | |
| ) | Hon. John F. Kness |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; EQUIFAX INFORMATION ) | |
| SERVICES, and TRANSUNION, LLC. ) | |
| ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC.

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorney and the Defendant, Transunion, LLC. and Transunion, LLC. and attorneys, that pursuant to Rule 41(a)(1) (A) (ii) of the Federal Rules of Civil Procedure, the above-titled action against the Defendant shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: May 29, 2025


Counsel for Plaintiff

/s/ *Celetha Chatman*

Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*
875 N. Michigan Avenue, Suite 3100
Chicago, IL 60611
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com

*Counsel for Defendant Trans Union, LLC.*

/s/ *Ian Fuqua*

Ian Fuqua, Esq.
**Quilling Selander, Lownds, Winslett & Moser, P.C.**
10333 N. Meridian St. Suite 200
Indianapolis, IN 46290
Email: ifuqua@qslwm.com

Case: 1:24-cv-02827 Document #: 54 Filed: 05/29/25 Page 3 of 3 PageID #:366

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on May 29, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: May 29, 2025**                                                                                       Respectfully submitted,

                                                                                                                            By:   /s/ *Celetha Chatman*